On petitioner's petition for reconsideration filed January 12, 1977, former opinion filed December 13, 1976, 27 Or App 647, 557 P2d 1375 (1976), petition for reconsideration denied January 31, 1977

SOUTH OF SUNNYSIDE NEIGHBORHOOD
LEAGUE et al, *Appellants,*
OREGON ENVIRONMENTAL COUNCIL et al,
*Petitioners,*
*v.*
BOARD OF COMMISSIONERS OF
CLACKAMAS COUNTY et al, *Respondents.*
(No. 91837, CA 5784)

559 P2d 512

Gregory R. Mowe, Stephen T. Janik, Davies, Biggs, Strayer, Stoel & Boley; and Lawrence Russell Lucas, Jr., Portland, for petition.

No appearance contra.

Before Schwab, Chief Judge, and Thornton, Judge, and Fort, Senior Judge.

SCHWAB, C. J.

**SCHWAB, C. J.**

On petition for reconsideration petitioners state that the court was in error in stating:

> "In this case plaintiffs were apparently allowed to submit to the board written rebuttal- or cross-examination-type questions if they so desired. Evidently, the questions could be responded to or ignored as the board members pleased. However, at the least the plaintiffs were given an opportunity to draw the board's attention to their objections * * *." 27 Or App at 663-64.

They are correct. This right was extended by the planning commission at the hearing before it, but not by the board of commissioners, which restricted the parties to the presentation of direct and rebuttal evidence only. The right which was extended was sufficient to meet the minimum requirements of procedural due process. 3 R. Anderson, American Law of Zoning § 16.33 at 226 (1968).

Petition for reconsideration denied.